UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:12-cr-00201-JMS-MJD |
| CHRISTOPHER COATES (01), | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation dkt [72] recommending that Christopher Coates' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt [72]. The Court finds that Mr. Coates committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [54]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Coates is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months imprisonment with no supervised release to follow. The Court recommends placement at FCI Milan.

Date: 7/1/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal